Melvis PALMER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED103613

Missouri Court of Appeals,
Eastern District,
**DIVISON TWO**.

Filed: November 1, 2016

Ellen H. Flottman, Columbia, MO, for Plaintiff/Appellant.

Colette E. Neuner, Jefferson City, MO, for Defendant/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J, and Colleen Dolan, J.

### ORDER

PER CURIAM.

Melvis Palmer (Defendant) appeals from the motion court's denial of his Rule 24.035 motion alleging there was an insufficient factual basis for the court to accept his plea of guilty to assault in the first degree and sexual assault. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's denial of Defendant's motion was not clearly erroneous. *Morrow v. State*, 21 S.W.3d 819, 822 (Mo. banc 2000); Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons

for our decision to the parties for their use only. We affirm the judgment of the motion court.